■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN TIRADO, Appellant. (Appeal No. 2.) [627 NYS2d 611] —Judgment unanimously affirmed. Same Memorandum as in *People v Tirado* (214 AD2d 1044 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.— Attempted Sexual Abuse, 1st Degree.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.